ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREA PIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN F. L. DANIELS; | ) | CIVIL ACTION |
| REAL ESTATE INDUSTRIES, | ) | FILE NO. 1:03-CV-2344-JEC |
| INC.; REAL ESTATE INDUSTRIES, | ) | |
| INTERNATIONAL, LTD.; | ) | |
| INTERNATIONAL REAL ESTATE | ) | |
| SECURITIES EXCHANGE (IRESE), | ) | |
| INC.; INTERNATIONAL REAL | ) | |
| ESTATE FUNDING CORPORATION; | ) | |
| REAL ESTATE CAPITAL MARKETS; | ) | |
| and FITZGERALDDANIELS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT BY DEFAULT**

This fraud action is before the Court upon the Order entering default and default judgment on January 11, 2005 as a sanction against Defendants Alan F. L. Daniels, Real Estate Industries, Inc., Real Estate Industries International, Limited, International Real Estate Securities Exchange, Inc. (IRESE), International Real Estate Funding Corporation and FitzgeraldDaniels LLC (collectively, "the Daniels Defendants") [84]. The Order scheduled a damages

inquest hearing for February 24, 2005. The Order was served upon all parties pursuant to Fed. R. Civ. P. 5(b) and 55.

Having heard and considered the evidence of Plaintiff at the damages hearing, including the presentation of affidavits, and upon consideration of all pleadings and matters of record in this case, and having heard no opposition from the Daniels Defendants, who failed to attend or otherwise appear for the hearing, the Court hereby finds that the principal sum of $500,000.00 plus punitive damages in the amount of $500,000.00 and attorneys' fees and legal costs in the amount of $136,783.36 are due and owing.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment by default is entered in favor of Plaintiff in the total amount of $1,136,783.36 with post-judgment interest to accrue at the legal rate from the date of this judgment until paid in full.

SO ORDERED this _28_ day of February, 2005.

_____
JULIE E. CARNES
JUDGE, UNITED STATES DISTRICT COURT